Geoffrey L. Chesnut (USB #12058)
RED ROCK LEGAL SERVICES, P.L.L.C.
PO Box 1948
Cedar City, UT 84721
Telephone:   435-634-1000
Facsimile:   435-634-1001
E-mail:      courtmailrr@expresslaw.com

Attorneys for Defendant Blue Cross Blue Shield of Illinois

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| K.K., and .I.B.,<br><br>            Plaintiffs,<br><br>v.<br><br>BLUECROSS BLUESHIELD of ILLINOIS,<br><br>            Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 2:21-cv-00412 - CMR |

TO:       ALL COUNSEL OF RECORD;

AND TO:   THE CLERK OF THE ABOVE ENTITLED COURT

        NOTICE IS HEREBY GIVEN that defendant, BLUE CROSS BLUE SHIELD of ILLINOIS, hereby enters its local counsel appearance in the above entitled action by their attorney Geoffrey L. Chesnut of Red Rock Legal Services, PLLC, without waiving objections as to improper service or jurisdiction, and respectfully request that all papers and pleadings in said case, other than process, be served upon the undersigned attorney at his office below stated.

        DATED this 7th day of July, 2021.

                                        RED ROCK LEGAL SERVICES, P.L.L.C.


                                        By:*/s/ Geoffrey L. Chesnut*
                                            Geoffrey L. Chesnut USB # 12058
                                            *Attorney for Defendant Blue Cross Blue Shield of Illinois*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of July 2021, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Brian S. King
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801)532-1739
Email: brian@briansking.com

Brent J. Newton
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801) 532-1739
Email: brent@briansking.com

Samuel Martin Hall
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
801-532-1739
Email: samuel@briansking.com

>    */s/ Geoffrey L. Chesnut*
>    Geoffrey L. Chesnut